# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> ISAIAH STANDINGROCK, <br><br> Defendant. | CR-22-16-GF-BMM <br><br><br> **ORDER** |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on November 8, 2022. (Doc. 27.) Isaiah Standingrock (Standingrock) filed an objection on November 21, 2022. (Doc. 28.) The Court reviews de novo findings and recommendations to which a party objects. 28 U.S.C. § 636(b)(1).

Judge Johnston conducted a revocation hearing on November 8, 2022. (Doc. 22.) The United States accused Standingrock of violating his conditions of supervised release 1) by using fentanyl; and 2) by failing to complete his inpatient drug treatment program. (Doc. 19.) At the revocation hearing, Standingrock admitted that he had violated the terms of his supervised release 1) by using fentanyl; and 2) by failing to complete his inpatient drug treatment program. (Doc.

22.)  Judge Johnston found the violation Standingrock admitted are serious and warrants revocation of Standingrocks's supervised release.  Judge Johnston recommended Standingrock be incarcerated for 6 months, with 30 months of supervised release to follow, with the first 60 days of supervised release in a secure inpatient drug treatment facility and the next 180 days at a residential re-entry center. (Doc. 27.)  Standingrock was advised of his right to appeal and his right to allocute before the undersigned. (Doc. 22.)

Standingrock now opposes Judge Johnston's Findings and Recommendations, objecting to Judge Johnston's recommended length of custody. (Doc. 28.)

The Court has reviewed Judge Johnston's Findings and Recommendations as well as Standingrock's objection.  The undersigned conducted a revocation hearing on December 5, 2022.  (Doc. 30.)  Standingrock and his attorney were allowed to allocute before the undersigned.  (*Id.*)  The Court has also considered the 18 U.S.C. § 3553(a) factors and agrees with Judge Johnston's Findings and Recommendations.

Standingrock's violation of his conditions of supervised release represents a serious breach of the Court's trust. This violation proves serious. Judge Johnston has recommended that the Court revoke Standingrock's supervised release and commit him to the custody of the Bureau of Prisons for 6 months. (Doc. 27.)

Judge Johnston further recommended 30 months of supervised release to follow with the first 60 days spent at a secure inpatient drug treatment facility, with the next 180 days spent at at residential re-entry center. (*Id.*) Accordingly,

**IT IS HEREBY ORDERED** that Standingrock's objection is denied. Judge Johnston's Findings and Recommendations, (Doc. 27) are ADOPTED IN FULL.

**IT IS FURTHER ORDERED** that Defendant Isaiah Starr Standingrock be sentenced to the custody of the Bureau of Prisons for 6 months, with 30 months of supervised release to follow, with the first 60 days spent at a secure inpatient drug treatment facility, and the next 180 days spent at a residential re-entry center

DATED this 5th day of December, 2022.

_____
Brian Morris, Chief District Judge
United States District Court