IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>ISAIAH STARR STANDINGROCK,<br><br>Defendant. | CR-22-16-GF-BMM<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS |

United States Magistrate Judge John Johnston entered Findings and Recommendations in this matter on September 14, 2023. (Doc. 44.)

When a party makes no objections, the Court need not review *de novo* the proposed Findings and Recommendations. *Bad Old Man v. Arn*, 474 U.S. 140, 153-52 (1986). This Court will review Judge Johnston's Findings and Recommendations, however, for clear error. *McDonnell Douglas Corp. v. Commodore Bus. Mach., Inc.*, 656 F.2d 1309, 1313 (9th Cir. 1981).

Judge Johnston conducted a revocation hearing on September 12, 2023. (Doc. 37.) The United States accused Isaiah Standingrock (Standingrock) of

violating his conditions of supervised release 1) by failing to report for his inpatient substance abuse treatment program at Connections Corrections; and 2) by failing to report to the United States Probation Office within 72 hours of his release from prison. (Doc. 34.)

At the revocation hearing, Standingrock admitted to having violated the conditions of his supervised release 1) by failing to report for his inpatient substance abuses treatment program at Connections Corrections; and 2) by failing to report to the United States Probation Office within 72 hours of his release from prison.  (Doc. 37.) Judge Johnston found that the violations Standingrock admitted prove serious and warrants revocation of his supervised release. (Doc. 44.) Judge Johnston  recommends a sentence of 12 months and 1 day, with no supervised release to follow.  Judge Johnston also recommended that the sentence in this case run concurrent with the sentence imposed in Cause CR 18-63-GF-BMM. (*Id.*) Standingrock was advised appeal rights and his right to allocute before the undersigned. (Doc.37.)  The Court finds no clear error in Judge Johnston's Findings and Recommendations.

Accordingly, **IT IS ORDERED** that Judge Johnston's Findings and Recommendations (Doc. 44) are **ADOPTED IN FULL.  IT IS FURTHER ORDERED** that Defendant Isaiah Starr Standingrock be sentenced to the Bureau of

Prison for 12 months and 1 day, with no supervised release to follow. This sentence should run concurrent with the sentence in Cause CR-18-63-GF-BMM.

DATED this 28th day of September, 2023.

_____
Brian Morris, Chief District Judge
United States District Court